UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARIA ROSALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00846-RLY-MG |
| | ) | |
| CREST MANAGEMENT, INC., and | ) | |
| SHAKER SQUARE LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY ADOPTING REPORT AND RECOMMENDATION**

On September 10, 2024, Magistrate Judge Garcia recommended the court dismiss Plaintiff Maria Rosales's complaint against Defendants Crest Management, Inc., and Shaker Square LLC with prejudice for failure to prosecute. Plaintiff did not object to this disposition within the 14-day period imposed by Federal Rule of Civil Procedure 72(b)(2). Accordingly, the court reviews the report and recommendation for clear error. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the recommendation and the record, the court finds no clear error. Thus, Magistrate Judge Garcia's Report and Recommendation (Filing No. 18) is **ADOPTED**. This action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(b). Final judgment shall issue by separate order.

**IT IS SO ORDERED** this 8th day of October 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

All ECF-registered counsel of record via email

Mail to:

Maria Rosales
1967 S. Lynhurst
Indianapolis, Indiana 46241